IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:22-cv-213

| | |
|---|---|
| STACY A. ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Complaint and Defendant's Motion for a More Definite Statement.

The Court finds good cause has been alleged for ordering Plaintiff to file an Amended Complaint. Accordingly, the Court hereby orders Plaintiff to file an Amended Complaint containing a short and plain statement of Plaintiff's claim for relief. The Plaintiff shall have 30 days to do so from the date of this Order.

SO ORDERED.

Signed: November 1, 2022

Graham C. Mullen
United States District Judge