IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

No. 3:22-cv-213

| | |
|---|---|
| STACY A. ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, Defendant. | ) |

This matter is before the Court on Plaintiff's Amended Complaint and Defendant's Motion to Strike. The Court finds good cause has been alleged for ordering Plaintiff's Amended Complaint stricken. Accordingly, the Court hereby orders Plaintiff's Amended Complaint stricken without prejudice.

SO ORDERED.

Signed: April 24, 2023

Graham C. Mullen
United States District Judge