# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Stacy A. Rogers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00213-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security Paul Goodson, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 24, 2023 Order.

January 11, 2024

*Katherine Hord Simon, Clerk*
United States District Court